UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHASE ANDERSON ROMAGNANO,

     Plaintiff,

v.                             Case No. 3:19cv3558-RV-HTC

ESCAMBIA COUNTY AREA
TRANSIT ("ECAT"),

     Defendant.

_____/

<u>REPORT AND RECOMMENDATION</u>

On September 25, 2019, Plaintiff, proceeding *pro se* and *in forma pauperis*, initiated this action by filing a complaint under 42 U.S.C. § 1983.  ECF Doc. 1. Plaintiff seeks an order directing Defendant ECAT to provide indigent Escambia County homeless persons the same reduced bus fares as military personnel. *Id.* at 5, 8.  Plaintiff claims ECAT's failure to do so violates his rights under the Fourteenth Amendment and the Civil Rights Act of 1964. *Id.* at 8.

On October 8, 2019, the Court entered an order stating that Plaintiff's complaint was deficient because he lacked standing; ECAT could easily meet rational basis review on his Fourteenth Amendment claim; and the Civil Rights Act of 1964 does not protect homeless or indigent persons.  ECF Doc. 4 at 4-7.  The Court directed Plaintiff that, within thirty (30) days, he must either file a notice of

voluntary dismissal or a first amended complaint.  ECF Doc. 4 at 8.  The Court warned that failure to comply with the Court's order could result in a recommendation that Plaintiff's case be dismissed.  Plaintiff did not timely comply with the October 8 Order, and, on November 14, 2019, the Court entered a show cause order giving Plaintiff an additional fourteen (14) days to comply with the Court's prior order.  ECF Doc. 5.

More than fourteen (14) days have passed and Plaintiff has neither complied with the October 8 Order nor responded to the November 14 Order to Show Cause.

Accordingly, it is respectfully RECOMMENDED:

1.    That this case be DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to prosecute or failure to comply with a Court order.

2.    That the clerk be directed to close the file.

At Pensacola, Florida, this 9th day of December, 2019.

/s/ Hope Thai Cannon

**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**


NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.  A copy of objections shall be served upon the Magistrate Judge and all other parties.    A party failing to object to a Magistrate Judge's findings or

recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.